## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on December 6, 2019**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ISMA'IL HAMAD THIAB,**<br>    **Also known as**<br>**"ISMA'EL HAMAD THIAB,"**<br>    **Also known as**<br>**"ISMAA'EEL HAMAD THYAAB,"**<br>    **Also known as**<br>**"ISMAEL HAMAD THAIB ALKOBYSE,"**<br>    **Also known as**<br>**"ISMAEL HAMAD THIAB AL-**<br>    **KUBAISI,"**<br>    **Also known as**<br>**"ALI HAMAD THIAB,"**<br>    **Also known as**<br>**"ALI HAMAD ALQUBEISY,"**<br>    **Also known as**<br>**"ALI HAMAD THAIB ALKOBYSE,"**<br>    **Also known as**<br>**"DANIEL JOSEPH BELL,"**<br>    **Also known as**<br>**"ISMAEL ALDULAIMI,"**<br><br>**Defendant.** | **CRIMINAL NO.**<br><br>**18 U.S.C. § 1542**<br>**(False Statement in Application and Use of Passport)**<br><br>**18 U.S.C. § 1028A(a)(1)**<br>**(Aggravated Identity Theft)**<br><br>**42 U.S.C. § 408(a)(7)(A)**<br>**(Social Security Fraud)** |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about March 28, 2014, within the District of Columbia and elsewhere, defendant ISMA'IL

HAMAD THIAB, also known as "ISMA'EL HAMAD THIAB," also known as "ISMAA'EEL

HAMAD THYAAB," also known as "ISMAEL HAMAD THAIB ALKOBYSE," also known as

"ISMAEL HAMAD THIAB AL-KUBAISI," also known as "ALI HAMAD THIAB," also known as

"ALI HAMAD ALQUBEISY," also known as "ALI HAMAD THAIB ALKOBYSE," also known as

"DANIEL JOSEPH BELL," also known as "ISMAEL ALDULAIMI," willfully and knowingly made

a false statement in an application for a passport with the intent to induce and secure the issuance of a

passport under the authority of the United States, for his own use and for the use of another, contrary to

the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, namely that,

in a U.S. Passport Renewal Application for Eligible Individuals signed and dated March 28, 2014, the

defendant falsely represented his name to be "Daniel Joseph Bell" and his social security number to be a

number that is fully known by the Grand Jury and identified herein by the last four digits, "6655," and

falsely represented himself to be a citizen or non-citizen national of the United States, all of which

statements the defendant knew to be false.

(**False Statement in Application and Use of Passport**, in violation of Title 18, United States Code,
Section 1542)


## COUNT TWO


On or about March 10, 2016, within the District of Columbia and elsewhere, defendant ISMA'IL

HAMAD THIAB, also known as "ISMA'EL HAMAD THIAB," also known as "ISMAA'EEL

HAMAD THYAAB," also known as "ISMAEL HAMAD THAIB ALKOBYSE," also known as

"ISMAEL HAMAD THIAB AL-KUBAISI," also known as "ALI HAMAD THIAB," also known as

"ALI HAMAD ALQUBEISY," also known as "ALI HAMAD THAIB ALKOBYSE," also known as

"DANIEL JOSEPH BELL," also known as "ISMAEL ALDULAIMI," willfully and knowingly made

a false statement in an application for a passport with the intent to induce and secure the issuance of a

passport under the authority of the United States, for his own use and for the use of another, contrary to

2

the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, namely that, in an Application for a U.S. Passport signed and dated March 10, 2016, the defendant falsely represented his name to be "Daniel Joseph Bell" and his social security number to be a number that is fully known by the Grand Jury and identified herein by the last four digits, "6655," and falsely represented himself to be a citizen or non-citizen national of the United States, all of which statements the defendant knew to be false.

(**False Statement in Application and Use of Passport**, in violation of Title 18, United States Code, Section 1542)

## COUNT THREE

On or about March 10, 2016, within the District of Columbia and elsewhere, defendant ISMA'IL HAMAD THIAB, also known as "ISMA'EL HAMAD THIAB," also known as "ISMAA'EEL HAMAD THYAAB," also known as "ISMAEL HAMAD THAIB ALKOBYSE," also known as "ISMAEL HAMAD THIAB AL-KUBAISI," also known as "ALI HAMAD THIAB," also known as "ALI HAMAD ALQUBEISY," also known as "ALI HAMAD THAIB ALKOBYSE," also known as "DANIEL JOSEPH BELL," also known as "ISMAEL ALDULAIMI," during and in relation to a felony offense relating to a false statement in the application for a U.S. passport, as specified in Count Two of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the defendant's deceased twin brother, Ali Hamad Thiab, and such means of identification consisted of the social security number of such person, that is, a social security number that is fully known by the Grand Jury and identified herein by the last four digits, "6655."

(**Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(l))

## COUNT FOUR

On or about March 10, 2016, within the District of Columbia and elsewhere, defendant ISMA'IL HAMAD THIAB, also known as "ISMA'EL HAMAD THIAB," also known as "ISMAA'EEL HAMAD THYAAB," also known as "ISMAEL HAMAD THAIB ALKOBYSE," also known as "ISMAEL HAMAD THIAB AL-KUBAISI," also known as "ALI HAMAD THIAB," also known as "ALI HAMAD ALQUBEISY," also known as "ALI HAMAD THAIB ALKOBYSE," also known as "DANIEL JOSEPH BELL," also known as "ISMAEL ALDULAIMI," for the purpose of obtaining something of value from a person and for other purposes, knowingly, willfully, and with the intent to deceive, falsely used a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of Title 42 of the United States Code to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by the defendant and by another person, in that, in an Application for a U.S. Passport signed and dated March 10, 2016, the defendant used a social security account number that is fully known by the Grand Jury and identified herein by the last four digits, "6655," which number the defendant had obtained based on false information furnished to the Commissioner of Social Security, namely an Application for a Social Security Number filed on September 27, 2001, in the name of Ali Hamad Thiab.

(**Social Security Fraud,** in violation of Title 42, United States Code, Section 408(a)(7)(A))

4

## COUNT FIVE

On or about April 18, 2017, within the District of Columbia and elsewhere, defendant ISMA'IL HAMAD THIAB, also known as "ISMA'EL HAMAD THIAB," also known as "ISMAA'EEL HAMAD THYAAB," also known as "ISMAEL HAMAD THAIB ALKOBYSE," also known as "ISMAEL HAMAD THIAB AL-KUBAISI," also known as "ALI HAMAD THIAB," also known as "ALI HAMAD ALQUBEISY," also known as "ALI HAMAD THAIB ALKOBYSE," also known as "DANIEL JOSEPH BELL," also known as "ISMAEL ALDULAIMI," willfully and knowingly made a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and for the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, namely that, in an Application for a U.S. Passport signed and dated April 18, 2017, the defendant falsely represented his name to be "Daniel Joseph Bell" and his social security number to be a number that is fully known by the Grand Jury and identified herein by the last four digits, "6655," and falsely represented himself to be a citizen or non-citizen national of the United States, all of which statements the defendant knew to be false.

(**False Statement in Application and Use of Passport**, in violation of Title 18, United States Code, Section 1542)

## COUNT SIX

On or about April 18, 2017, within the District of Columbia and elsewhere, defendant ISMA'IL HAMAD THIAB, also known as "ISMA'EL HAMAD THIAB," also known as "ISMAA'EEL HAMAD THYAAB," also known as "ISMAEL HAMAD THAIB ALKOBYSE," also known as "ISMAEL HAMAD THIAB AL-KUBAISI," also known as "ALI HAMAD THIAB," also known as "ALI HAMAD ALQUBEISY," also known as "ALI HAMAD THAIB ALKOBYSE," also known as

"DANIEL JOSEPH BELL," also known as "ISMAEL ALDULAIMI," during and in relation to a felony offense relating to a false statement in the application for a U.S. passport, as specified in Count Five of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person that is, the defendant's deceased twin brother, Ali Hamad Thiab, and such means of identification consisted of the social security number of such person, that is, a social security number that is fully known by the Grand Jury and identified herein by the last four digits, "6655."

(**Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(l))

<h2 style="text-align:center"><u>COUNT SEVEN</u></h2>

On or about April 18, 2017, within the District of Columbia and elsewhere, defendant ISMA'IL HAMAD THIAB, also known as "ISMA'EL HAMAD THIAB," also known as "ISMAA'EEL HAMAD THYAAB," also known as "ISMAEL HAMAD THAIB ALKOBYSE," also known as "ISMAEL HAMAD THIAB AL-KUBAISI," also known as "ALI HAMAD THIAB," also known as "ALI HAMAD ALQUBEISY," also known as "ALI HAMAD THAIB ALKOBYSE," also known as "DANIEL JOSEPH BELL," also known as "ISMAEL ALDULAIMI," for the purpose of obtaining something of value from a person and for other purposes, knowingly, willfully, and with the intent to deceive, falsely used a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of Title 42 of the United States Code to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by the defendant and by another person, in that, in an Application for a U.S. Passport signed and dated April 18, 2017, the defendant used a social security account number that is

fully known by the Grand Jury and identified herein by the last four digits, "6655," which number the defendant had obtained based on false information furnished to the Commissioner of Social Security, namely an Application for a Social Security Number filed on September 27, 2001, in the name of Ali Hamad Thiab.

(**Social Security Fraud,** in violation of Title 42, United States Code, Section 408(a)(7)(A))

## COUNT EIGHT

On or about February 11, 2019, within the District of Columbia and elsewhere, defendant ISMA'IL HAMAD THIAB, also known as "ISMA'EL HAMAD THIAB," also known as "ISMAA'EEL HAMAD THYAAB," also known as "ISMAEL HAMAD THAIB ALKOBYSE," also known as "ISMAEL HAMAD THIAB AL-KUBAISI," also known as "ALI HAMAD THIAB," also known as "ALI HAMAD ALQUBEISY," also known as "ALI HAMAD THAIB ALKOBYSE," also known as "DANIEL JOSEPH BELL," also known as "ISMAEL ALDULAIMI," willfully and knowingly made a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and for the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, namely that, in an Application for a U.S. Passport signed and dated February 11, 2019, the defendant falsely represented his name to be "Daniel Joseph Bell" and his social security number to be a number that is fully known by the Grand Jury and identified herein by the last four digits, "6655," and falsely represented himself to be a citizen or non-citizen national of the United States, all of which statements the defendant knew to be false.

(**False Statement in Application and Use of Passport**, in violation of Title 18, United States Code, Section 1542)

## COUNT NINE

On or about February 11, 2019, within the District of Columbia and elsewhere, defendant ISMA'IL HAMAD THIAB, also known as "ISMA'EL HAMAD THIAB," also known as "ISMAA'EEL HAMAD THYAAB," also known as "ISMAEL HAMAD THAIB ALKOBYSE," also known as "ISMAEL HAMAD THIAB AL-KUBAISI," also known as "ALI HAMAD THIAB," also known as "ALI HAMAD ALQUBEISY," also known as "ALI HAMAD THAIB ALKOBYSE," also known as "DANIEL JOSEPH BELL," also known as "ISMAEL ALDULAIMI," during and in relation to a felony offense relating to a false statement in the application for a U.S. passport, as specified in Count Eight of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person that is, the defendant's deceased twin brother, Ali Hamad Thiab, and such means of identification consisted of the social security number of such person, that is, a social security number that is fully known by the Grand Jury and identified herein by the last four digits, "6655."

(**Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(l))

## COUNT TEN

On or about February 11, 2019, within the District of Columbia and elsewhere, defendant ISMA'IL HAMAD THIAB, also known as "ISMA'EL HAMAD THIAB," also known as "ISMAA'EEL HAMAD THYAAB," also known as "ISMAEL HAMAD THAIB ALKOBYSE," also known as "ISMAEL HAMAD THIAB AL-KUBAISI," also known as "ALI HAMAD THIAB," also known as "ALI HAMAD ALQUBEISY," also known as "ALI HAMAD THAIB ALKOBYSE," also known as "DANIEL JOSEPH BELL," also known as "ISMAEL ALDULAIMI," for the purpose of obtaining something of value from a person and for other purposes, knowingly,

8

willfully, and with the intent to deceive, falsely used a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of Title 42 of the United States Code to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by the defendant and by another person, in that, in an Application for a U.S. Passport signed and dated February 11, 2019, the defendant used a social security account number that is fully known by the Grand Jury and identified herein by the last four digits, "6655," which number the defendant had obtained based on false information furnished to the Commissioner of Social Security, namely an Application for a Social Security Number filed on September 27, 2001, in the name of Ali Hamad Thiab.

(**Social Security Fraud,** in violation of Title 42, United States Code, Section 408(a)(7)(A))

A TRUE BILL

FOREPERSON

MICHAEL R. SHERWIN
Attorney of the United States
in and for the District of Columbia

9