# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO. 20-cr-241 (TFH)** |
| **ISMA'IL HAMAD THIAB,** <br>    Also known as <br>  "**ISMA'EL HAMAD THIAB,**" <br>    Also known as <br>  "**ISMAA'EEL HAMAD THYAAB,**" <br>    Also known as <br>  "**ISMAEL HAMAD THAIB ALKOBYSE,**" <br>    Also known as <br>  "**ISMAEL HAMAD THIAB AL-KUBAISI,**" <br>    Also known as <br>  "**ALI HAMAD THIAB,**" <br>    Also known as <br>  "**ALI HAMAD ALQUBEISY,**" <br>    Also known as <br>  "**ALI HAMAD THAIB ALKOBYSE,**" <br>    Also known as <br>  "**DANIEL JOSEPH BELL,**" <br>    Also known as <br>  "**ISMAEL ALDULAIMI,**" <br><br> **Defendant.** | **UNDER SEAL** |

## GOVERNMENT'S MOTION TO UNSEAL THE CRIMINAL INDICTMENT AND CASE FILE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the Indictment and case file, from the date of this filing forward. In support of this motion, government submits as follows:

On October 29, 2020, the Grand Jury returned an Indictment charging the above-captioned defendant with violations of 18 U.S.C. § 1542 (False Statement in Application and Use of Passport), 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft), and 18 U.S.C. §§ 408(a)(7)(A) &

(B) (Social Security Fraud). At that time, Magistrate Judge G. Michael Harvey signed an arrest warrant for Defendant. Also at that time, the government moved to seal the Indictment and case file, and Judge Harvey so ordered. The sealing order provided that the Indictment would be unsealed "upon oral motion of the Government to this Court or to any Court where Defendant is first presented." Defendant was arrested pursuant to the arrest warrant on November 4, 2020. He had his initial appearance and was arraigned on the Indictment on November 5, 2020. The government inadvertently neglected to request unsealing of the indictment at Defendant's initial appearance. Accordingly, the sealing order now should be lifted and the Indictment and the case from this date forward unsealed.[1]

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government respectfully requests that the Court grant this motion and enter the attached proposed order.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By:   /s/
      Jolie F. Zimmerman
      D.C. Bar No. 465110
      Assistant U.S. Attorney
      United States Attorney's Office
      555 Fourth St., NW
      Washington, D.C. 20001
      202-252-7220
      Jolie.Zimmerman@usdoj.gov

---

[1] Government counsel contacted counsel for Defendant on November 6, 2020 (in the Southern District of Texas), but has not yet received the defense's position on this motion.